**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| vs | : | CRIMINAL No. 17-63- LPS |
| | : | |
| **JERRY JINDONG XU** | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT;

Kindly Enter the Appearance of Jeremy H. Gonzalez Ibrahim, Esquire and Carrie Goldner Cinquanto, Esquire as Counsel for the defendant, Jerry Jindong Xu, on the above captioned matter.

Respectfully submitted:

/s/
Jeremy H. Gonzalez Ibrahim, Esq.

/s/
Carrie Goldner Cinquanto, Esq.