IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 17-63-LPS |
| | ) | |
| JERRY JINDONG XU, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the Court having heard Defendant's request for new counsel,

At Wilmington, this 26th day of **March, 2018,**

IT IS HEREBY ORDERED that Defendant's request is hereby **GRANTED**. The Clerk of Court shall appoint new counsel for Defendant.

_____
UNITED STATES DISTRICT JUDGE