IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 17-63-LPS |
| ) | |
| JERRY JINDONG XU, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington, this 28th day of **March, 2018,**

WHEREAS, at the request of the defendant, Jerry Xu, the Court appointed counsel to represent defendant regarding an Indictment charging the defendant with Conspiracy to Steal Trade Secrets.

WHEREAS, the Court finds that funds are available from or on behalf of the above-named defendant for compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above-defendant is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation.

Therefore, IT IS HEREBY ORDERED that defendant Jerry Xu shall reimburse the Court for court-appointed counsel and expenses related thereto in the amount of $600.00 per month until full reimbursement is made, or upon further order of the Court. The payments shall be due no later than 4:00 p.m. on the last business day of the month, with the first payment of $600.00 due on or before 4:00 p.m. on **Monday, April 30, 2018.**

2

All provisions of this order, including the amount of payment, are subject to modification by further order of the Court.

_____
UNITED STATES DISTRICT JUDGE