IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Jerry Jindong XU, )<br>)<br>Defendant. ) | Case No. 17-63-LPS |

## ORDER

Pursuant to Section 238(c)(5) of the Immigration and Nationality Act (INA), 8 U.S.C. §1228(c)(5), the Court finds the respondent removable from the United States pursuant to 237(a)(1)(A) of the INA, 8 U.S.C. § 1227(a)(2)(A), as an alien who was inadmissible to the United States at the time of his entry, pursuant to section 212(a)(2)(A)(I)(i) of the INA, 8 U.S.C. § 1182(a)(2)(A)(I)(i), for having committed a crime involving moral turpitude; and pursuant to section 237(a)(2)(A)(iii) of the INA, 8 U.S.C. § 1227(a)(2)(A)(iii) as an alien who has been convicted of an aggravated felony at any time after admission, to wit, a theft offense for which the term of imprisonment imposed is at least one year, pursuant to section 101(a)(43)(G) of the INA, 8 U.S.C. § 1101(a)(43)(G), and orders the defendant removed from the United States to Canada.

It is so Ordered.

Dated: 6/27/18

_____
Leonard P. Stark
Chief United States District Court Judge